FRANCIS DEAN, Appellant, *v.* EMILY HALLIBURTON, as Administratrix with the Will Annexed of the Estate of WILLIAM S. HALLIBURTON, Deceased, Respondent.

(Submitted January 18, 1926; decided January 22, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 241 N. Y. 354.)

---

WALTER BINNER, Appellant, *v.* THE GEORGE ETHRIDGE COMPANY, Respondent.

WALTER BINNER, Appellant, *v.* GEORGE ETHRIDGE, Doing Business as THE ETHRIDGE COMPANY, Respondent.

(Submitted January 18, 1926; decided January 22, 1926.)

Motion for reargument denied, without costs. (See 241 N. Y. 598.)